SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-6020 Facsimile

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CHRISTOPHER MILES SCHALBERG,

          Defendant.

2:13-mj-00363-CWH

**GOVERNMENT'S EX PARTE MOTION TO UNSEAL**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order unsealing the Complaint for Extradition so that the defendants may have access to them.

June 4, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/
ERIC JOHNSON
Assistant United State Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>        Plaintiff,<br><br>CHRISTOPHER MILES SCHALBERG,<br><br>        Defendant. | 2:13-mj-00363-CWH<br><br>**ORDER TO UNSEAL** |

Based on the Ex Parte Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint for Extradition, as well as the application requesting a sealing order and this Order, in the above-captioned matter shall be unsealed.

DATED this 6th day of June 2013.

_____
HON. CARL W. HOFFMAN
UNITED STATES DISTRICT COURT JUDGE